UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYMPHONY HEALTH SOLUTIONS CORPORATION, <br><br> SOURCE HEALTHCARE ANALYTICS LLC, <br><br> and IMPACTRX, INC., <br><br>          Plaintiffs, <br><br> v. <br><br> IMS HEALTH INCORPORATED, <br><br>          Defendant. | Civil Action No. 2:13-cv-4290 |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiffs Symphony Health Solutions Corporation, Source Healthcare Analytics LLC, and ImpactRx, Inc.

Dated: April 28, 2014

*/s/ Steven M. Nadel*
Steven M. Nadel (PA ID No. 315656)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Phone:  (215) 665-8500
Facsimile:  (215) 864-8999
nadels@ballardspahr.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing notice of appearance was filed on April 28, 2014, via the Court's CM/ECF system and is available to all counsel of record for viewing and downloading.

| | |
|---|---|
| Dated:  April 28, 2014 | */s/ Steven M. Nadel*<br>Steven M. Nadel<br>PA Attorney ID No. 315656<br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>Phone:  (215) 665-8500<br>Facsimile:  (215) 864-8999<br>nadels@ballardspahr.com<br><br>*Attorney for Plaintiffs* |