IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYMPHONY HEALTH SOLUTIONS CORPORATION, ET AL.** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | **No. 13-4290** |
| v. | : | |
| | : | |
| **IMS HEALTH INCORPORATED** | : | |
| **Defendant.** | : | |

## ORDER

This 10th day of October, 2014, upon consideration of Plaintiffs Symphony Health Solutions Corporation, Source Healthcare Analytics LLC, and ImpactRX, Inc.'s ("Symphony") Motion for Reconsideration, Symphony's supporting Memorandum of Law, and Defendant IMS Health Incorporated's ("IMS") opposition thereto, and following a conference call with counsel, it is hereby **ORDERED** that Symphony's Motion is **GRANTED IN PART** and **DENIED IN PART.**

Having been informed by counsel on October 10, 2014 that the un-redacted version of the United Kingdom Competition Commission's ("UKCC") March 2014 report is unavailable, and having further determined that the number of documents submitted to and received from the UKCC is limited to approximately fifty (50) documents, it is hereby **ORDERED** as follows:

1. IMS shall produce documents submitted to and received from the UKCC **within 10 days** of the date of this Order.

2. Symphony's Motion is **DENIED** in all other respects.

      /s/ Gerald Austin McHugh
United States District Court Judge