IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYMPHONY HEALTH SOLUTIONS CORPORATION, SOURCE HEALTHCARE ANALYTICS LLC, and IMPACTRX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMS HEALTH INCORPORATED, <br><br> Defendant. | Civil Action No. 13-4290 <br><br> Hon. Gerald A. McHugh |

**FILED**
AUG 18 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION AND ORDER TO STAY ALL PROCEEDINGS

On this 18th day of August, 2015, Plaintiffs Symphony Health Solutions Corporation, Source Healthcare Analytics LLC, and ImpactRx, Inc. (collectively "Symphony Health") and Defendant IMS Health Incorporated ("IMS Health") seek to stay all proceedings in the above-captioned matter and aver as follows:

WHEREAS, Symphony Health and IMS Health are engaged in active settlement negotiations;

WHEREAS, Symphony Health and IMS Health are making good faith efforts and progress toward resolution of all pending claims and counterclaims in this litigation;

WHEREAS, Symphony Health and IMS Health seek to reduce the cost and burden of discovery and other proceedings while the parties further explore resolution of this litigation;

NOW THEREFORE, Symphony Health and IMS Health, through their undersigned counsel, hereby stipulate as follows:

(1) The above-captioned litigation shall be stayed and the current schedule shall be suspended so that the parties can further explore settlement;

(2) Symphony Health and IMS Health shall jointly keep the Court apprised of the status of settlement negotiations, submitting a letter to the Court at least every 60 days following the date of the Court's approval of this stipulation;

(3) In the event that the parties are no longer engaged in good faith settlement negotiations, the parties shall jointly write to the Court to request that the stay be lifted and to propose a new case management schedule based on the case management schedule currently in place pursuant to the Court's July 30, 2015 Order at ECF No. 148.

(4) To the extent the stay is lifted, neither party shall use the pendency of the stay as a reason to expand the scope or length of discovery. However, this stipulation is without

prejudice to either party's request to expand the scope or length of discovery for reasons other than the stay, including without prejudice to Symphony Health's pending request to enlarge the number of depositions (ECF No. 154).

_/s/ Leslie E. John_
Leslie E. John
Jason A. Leckerman
Ruth S. Uselton
Marcel S. Pratt
**Ballard Spahr LLP**
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103

*Attorneys for Plaintiffs Symphony Health Solutions Corporation, Source Healthcare Analytics LLC, and ImpactRx, Inc.*

_/s/_
Barbara W. Mather
Barbara T. Sicalides
Barak A. Bassman
Sara B. Richman
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, Pennsylvania 19103
215.981.4000

Richard I. Werder
Steig D. Olson
Stephen A. Broome
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue
New York, New York 10010
Telephone: 212.849.7000
Facsimile: 212.849.7100

*Attorneys for Defendant IMS Health Inc.*

SO ORDERED on the 18th day of August, 2015:

_/s/ Gerald A. McHugh_
Gerald A. McHugh, U.S.D.J.

ENTERED

AUG 18 2015

CLERK OF COURT

-3-