IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYMPHONY HEALTH SOLUTIONS CORPORATION, SOURCE HEALTHCARE ANALYTICS LLC, and IMPACTRX, INC., <br><br>Plaintiffs and Counterclaim Defendants, <br><br>v. <br><br>IMS HEALTH INCORPORATED, <br><br>Defendant and Counterclaim Plaintiff | Civil Action No. 13-4290 <br><br> Hon. Gerald A. McHugh |

**FILED**

FEB 01 2016

MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

### STIPULATION OF VOLUNTARY DISMISSAL

On this 29th day of January, 2016, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Counterclaim Defendants Symphony Health Solutions Corporation, Source Healthcare Analytics LLC, and ImpactRx, Inc. (collectively "Symphony"), on the one hand, and Defendant and Counterclaim Plaintiff IMS Health Incorporated ("IMS Health"), on the other hand, hereby stipulate and agree as follows:

- Symphony voluntarily dismisses all claims asserted against IMS Health, with prejudice, each side to bear its own costs; and

- IMS Health voluntarily dismisses all counterclaims asserted against Symphony, with prejudice, each side to bear its own costs.

With dismissal of these claims, all matters between the parties in this action have been resolved.

Respectfully submitted,

_____  
Leslie E. John  
Jason A. Leckerman  
Ruth S. Uselton  
Marcel S. Pratt  
**Ballard Spahr LLP**  
1735 Market Street, 51st Floor  
Philadelphia, Pennsylvania 19103  

*Attorneys for Symphony Health Solutions Corporation, Source Healthcare Analytics LLC, and ImpactRx, Inc.*

_____  
Barbara W. Mather  
Barbara T. Sicalides  
Barak A. Bassman  
Sara B. Richman  
**PEPPER HAMILTON LLP**  
3000 Two Logan Square  
Eighteenth & Arch Streets  
Philadelphia, Pennsylvania 19103  
215.981.4000  

Richard I. Werder  
Steig D. Olson  
Stephen A. Broome  
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**  
51 Madison Avenue  
New York, New York 10010  
Telephone: 212.849.7000  
Facsimile: 212.849.7100  

*Attorneys for IMS Health Inc.*

APPROVED BY THE COURT:

_____  
Gerald Austin McHugh, J.

**ENTERED**  
FEB 0 1 2016  
**CLERK OF COURT**